### MARION MUNGER *et al.*

*v.*

### AUGUSTUS JACOBSON, Receiver.

*At Ottawa, March Term, 1881.*

REHEARING—*changing the record.* On the filing of a petition for the rehearing of a cause in this court, the parties stipulated that the record in another branch of the same case, not incorporated in the record as originally considered, might be taken as a part of the record on the rehearing, thereby presenting questions other than those previously arising in the case. A rehearing was allowed on the basis of that stipulation.

APPEAL from the Appellate Court for the First District.

Upon the affirmance of the judgment of the Appellate Court, a petition for a rehearing was filed, and a stipulation by the parties to change the record so as to present a different case for consideration.

Messrs. SHUFELDT & WESTOVER, for the appellants.

Messrs. MATTOCKS & MASON, for the appellee.

WALKER, J.: On the filing of a petition for rehearing, a stipulation was entered into that the record in another case, or another branch of this case, might be considered as a part of the record in this case. That has changed the record, and will change the consideration of the case. Other questions will be presented that were not in the original record, and for that reason, and as a matter of discretion, the petition will be allowed.

The petition would not have been granted if the parties had not stipulated to change the record.

*Rehearing allowed.*